# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

ALFREDO GALLEGOS-COSIO,

                    Defendant.

CASE NO. 12-cr-02100-MMA

JUDGMENT OF DISMISSAL

**FILED**

SEP 2 6 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal, without prejudice; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

   8:1326(a) and (b) - Removed Alien Found in the United States (Felony)(1)

_____

_____

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/26/12

_____
David H. Bartick
U.S. Magistrate Judge